UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| KB PARTNERS I, LP Individually and on Behalf of All Other Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>PAIN THERAPEUTICS, INC., REMI BARBIER, NADAV FRIEDMANN, and PETER RODDY<br><br>    Defendants. | Case No.  A-11-CV-1034-SS |

## CLASS PLAINTIFF'S UNOPPOSED MOTION FOR
## PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Class Representative KB Partners I, LP ("Class Plaintiff"), individually and on behalf of themselves and all others similarly situated, moves this Court for preliminary approval of the proposed Settlement and Class notice. As is more fully set forth in the Memorandum of Law filed herewith, Class Plaintiffs state as follows:

1. The proposed Settlement meets the standards for preliminary approval;

2. The factors considered in the Fifth Circuit when determining final approval also support preliminary approval of the proposed Settlement;

3. The proposed notice program is appropriate; and

4. Defendants do not oppose the relief sought herein.[1]

---

[1] However, Defendants deny any wrongdoing or liability and the Settlement is not an admission of wrongdoing or liability by the Defendants.

WHEREFORE, Class Plaintiff respectfully requests that the Court grant preliminary approval and enter the [Proposed] Order Preliminarily Approving Settlement and Providing for Notice filed contemporaneously herewith.

Dated: August 31, 2016

      Respectfully submitted,

**POMERANTZ LLP**

/s/ *Tamar A. Weinrib*
Marc I. Gross (pro hac vice)
Jeremy A. Lieberman (pro hac vice)
Tamar A. Weinrib (pro hac vice)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: 212-661-1100
Facsimile: 212-661-8665

**POMERANTZ LLP**
Patrick V. Dahlstrom (pro hac vice)
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone: 312-377-1181
Facsimile: 312-377-1184

**AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING PC**
Sammy Ford IV
Federal Bar Number: 950682
Texas Bar Number: 24061331
1221 McKinney, Suite 2500
Houston, Texas 77010
Telephone: 713-655-1101
Facsimile: 713-655-0062

*Counsel for Plaintiff*