# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| Charles Southey, KB Partners I, LP | § | |
| | § | |
| vs. | § | CIVIL NO: |
| | § | AU:11-CV-01034-SS |
| Remi Barbier, Pain Therapeutics, Inc., Nadav | § | |
| Friedmann, Grant L. Schoenhard, Peter Roddy | § | |

## ORDER SETTING
## FINAL APPROVAL SETTLEMENT HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case REMAINS SET for **FINAL APPROVAL SETTLEMENT HEARING** in Courtroom 2, on the Fourth Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX, on **Friday, December 16, 2016 at 11:00 AM**.

IT IS SO ORDERED this 12th day of December, 2016.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE